

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ALEJANDRO RIVERA-GUTIERREZ,<br><br>      Defendant. | CASE NO. CR 06-487-VBF<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

 On arrest warrant issued by the United States District Court for the _Central District of California_ involving alleged violations of conditions of probation/supervised release:

 1. The court finds that no condition or combination of conditions will reasonably assure:

  A. (✓) the appearance of defendant as required; and/or

  B. ( ) the safety of any person or the community.

 2. The Court concludes:

  A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _____

_____

_____

_____

_____

_____

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: nature of the offenses; unknown residence information; no bail resources

_____

_____

IT IS ORDERED that defendant be detained.

DATED: November 6, 2015

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)                                                      Page 2 of 2